UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANNY P. ALLEN, ) | |
| ) | |
| Petitioner, ) | NO. CV 08-6969-RSWL (RCF) |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| JOHN MARSHALL, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED: January 4, 2011

RONALD S.W. LEW
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE